UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 11055
   MONIQUE RENEE ROSS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY


             Debtor
   SSN XXX-XX-8182
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/20/2007 and was confirmed 09/27/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  26.00%.

      The case was dismissed after confirmation 07/17/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE ARRE | 19636.63 | .00 | 21.60 |
| ASSET ACCEPTANCE LLC | UNSECURED | 595.63 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1502.12 | .00 | .00 |
| CDA PONTIAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 15996.29 | .00 | .00 |
| CRED PROTECTION ASSOCIAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| GATEWAY FIN | UNSECURED | NOT FILED | .00 | .00 |
| JVDB & ASSOC INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1083.25 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | NOTICE ONLY | NOT FILED | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 3,474.00 | | 3,474.00 |
| TOM VAUGHN | TRUSTEE | | | 254.40 |
| DEBTOR REFUND | REFUND | | | .00 |

             Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,750.00 | |
| PRIORITY | | .00 |
| SECURED | | 21.60 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 3,474.00 |
| TRUSTEE COMPENSATION | | 254.40 |
| DEBTOR REFUND | | .00 |
| TOTALS | 3,750.00 | 3,750.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 11055 MONIQUE RENEE ROSS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/29/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE